UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:

LYDIA T. RABENER

                       Debtors.
---------------------------------------------------------X

Case No.: 09-75719-reg

Chapter 13

## NOTICE OF APPEAL

LYDIA T. RABENER (the "Debtor"), by her counsel, Lester & Associates, P.C., appeals under 28 U.S. 158(a) from the Memorandum Decision and the Order of the United States Bankruptcy Judge Robert E. Grossman dated January 21, 2010 and entered January 22, 2010 (the "Order"), upholding the Chapter 13 Trustee's objection to plan confirmation based on the Debtor's expense deductions for her two vehicles.

The parties to the Order appealed from and the names and addresses of their respective attorneys are as follows:

| | |
|---|---|
| Michael J. Macco, Chapter 13 Trustee<br>135 Pinelawn Road<br>Suite 120 South<br>Melville, NY 11747 | Diane G. Adams<br>United States Trustee Region 2<br>Office of the United States Trustee<br>590 Federal Plaza<br>Central Islip, NY 11772<br>ATT: Christine H. Black<br>Assistant U.S. Trustee |
| Roy J. Lester, Esq.<br>Lester & Associates, P.C.<br>Attorneys for Debtor/Appellant<br>600 Old Country Road, Suite 229<br>Garden City, New York 11530 | |

Dated: Garden City, New York
         January 28, 2010

LESTER & ASSOCIATES, P.C.

By: _____s/ Roy J. Lester_____
Roy J. Lester
Attorneys for Debtor/Appellant
600 Old Country Road, Ste. 229
Garden City, New York 11530
(516) 357-9191

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re:                                         Case No. 809-75719-736

LYDIA T. RABENER,                              Chapter 13

        Debtor.
------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK)
                ) SS.:
COUNTY OF NASSAU )

    I, REGINA MONGELLI, being duly sworn, depose and say:

    1. That I am not a party to the action, and I am over eighteen years of age and reside in Mineola, New York.

    2. That on the 28th day of January, 2010, I served a copy of a NOTICE OF APPEAL by depositing a true copy thereof in an official depository of the United States Postal Service contained in a securely closed post-paid envelope directed to the following person by First Class Mail at the address designated below which is the last known address of the addressee and enclosed in an envelope containing name and return address of the party effecting service to:

**Michael Macco, Trustee**
**135 Pinelawn Road, Suite 120S**
**Melville, NY  11747**

**Diana G. Adams**
**US Trustee Region 2**
**Office of the United States Trustee**
**ATT:  Christine H. Black**
**Assistant U.S. Trustee**
**590 Federal Plaza**
**Central Islip, NY 11772**

                                                  s/ Regina Mongelli
                                                  _____
                                                  REGINA MONGELLI

Sworn to before me this          Roy J. Lester
28th day of January, 2010        Notary Public, State of New York
                                  No. 30-4841129
s/Roy J. Lester                  Qualified in Nassau County
_____            Commission Expires September 30, 2013
NOTARY PUBLIC

| UNITED STATES BANKRUPTCY COURT | Case No. 809-75719-REG |
|---|---|
| EASTERN DISTRICT OF NEW YORK | Chapter 13 |

In Re:

LYDIA RABENER

Debtor.

## NOTICE OF APPEAL

**LESTER & ASSOCIATES, P.C.**
Attorney(s) for Debtor
**600 OLD COUNTRY ROAD
SUITE 229
GARDEN CITY, NY 11530
(516) 357-9191**

To
Attorney(s) for

Service of a copy of the within                    is hereby
admitted.
Dated,

Attorney(s) for

_____

   Sir: Please take notice
   NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on                    20
   NOTICE OF SETTLEMENT
that an order
         of which the within is a true copy will be presented for settlement to the HON.
one of the judges of the within named Court, at                    on the              day of              20
at                                                              Dated,