# LESTER & ASSOCIATES, P.C.
Attorneys at Law
600 Old Country Road, Suite 229
Garden City, New York 11530
Telephone (516) 357-9191
Facsimile (516) 357-9281
rlester@rlesterlaw.com

ROY J. LESTER[*]                                                                     [*]ALSO ADMITTED IN CA

---

GABRIEL R. KORINMAN

March 30, 2010

Chambers of Hon. Arthur Spatt
United States Bankruptcy Court
Long Island Federal Courthouse
290 Federal Plaza
PO Box 9013
Central Islip, New York 11722

**VIA ELECTRONIC CASE FILING**

RE:    Lydia T. Rabener – Chapter 13 case - Case No.: 809-75719-reg
         U.S.D.C. Case No. 10-CV-1170-ads (Bankruptcy Appeal).

Dear Judge Spatt:

      This office represents Lydia T. Rabener, the Chapter 13 debtor and appellant in the above-referenced bankruptcy appeal.

      Pursuant to our phone conversation with Chambers, this letter is to advise that the time to file the Appellant's brief (due March 30, 2010) in the above appeal is extended with the consent Christine Black, Esq. (appellee Office of the United States Trustee). As agreed with Ms. Black, Appellant's brief shall be due **May 3, 2010.** Appellee's brief shall be due **June 3, 2010**. Appellant's reply brief, if any, shall be due **June 17, 2010**. This office was unable to reach Michael Macco, Esq. (appellee Chapter 13 trustee) prior to submitting this letter.

      Based on recent developments in her Chapter 13 case, Appellant believes that this matter will promptly be resolved and the briefing of this appeal may not be necessary. Thus, pending a resolution of the referred matter, it is respectfully requested that the Court grant the needed extension.

If you have any questions, please do not hesitate to contact me.

Respectfully submitted,

s/ Roy J. Lester

_____
Roy J. Lester

RJL / grk

cc:

Christine H. Black, Esq.
Office of the United States Trustee (appellee)
Assistant U.S. Trustee
590 Federal Plaza
Central Islip, NY 11772

Michael Macco, Esq,
Chapter 13 Trustee (appellee)
135 Pinelawn Road, Suite 120S
Melville, NY  11747